UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES EDWARD MCGILLIS AND
TRISCHA MARIE PHILLIPS-
DONOVAN,

    Defendants.
_____/

Case No. 2:13-cr-12

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendants appeared before the undersigned on August 28, 2013, for arraignment on an indictment charging one count of conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine and one count of manufacturing methamphetamine. Motions for the detention of both defendants were filed by the government prior to the hearing, supported by a recommendation from pretrial services. Defense counsel has requested additional time within which to prepare for a detention hearing. Therefore, IT IS HEREBY ORDERED that the defendants shall be detained pending further proceedings. Counsel for the defendants shall contact the court when ready to schedule a detention hearing.

IT IS SO ORDERED.

Date: August 29, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge